AO 247 Amended WA,E (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 2 8 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

| | |
|---|---|
| United States of America ) | Case No: 2:05CR06045-001 |
| v. ) | USM No: 11379-085 |
| Alberto Gamboa, ) | |
| ) | David Miller |
| Date of Previous Judgment: 02/13/2007 ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgement issued) of _____ months **is reduced to** _____.

Defendant's Motion to Modify an Imposed Term of Imprisonment Pursuant to 18 U.S.C. Section 3582(c)(2) (Ct Rec 90) is DENIED.

Except as provided above, all provisions of the judgment dated 02/13/2007 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 4/28/2008

_[signature]_
Judge's signature

Effective Date: 4/28/2008
(if different from order date)

The Honorable Edward F. Shea   Judge, U.S. District Court
Printed name and title